IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ANDRE LAMONT WILLIAMS**                                                                                    **PLAINTIFF**

**V.**                                      **CASE NO. 5:21-CV-5174**

**DR. ROBERT KARAS; KARAS
CORRECTIONAL HEALTH; and
SHERIFF TIM HELDER, Washington
County Arkansas**                                                                              **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 28) filed in this case on August 16, 2022, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, the Motion for Summary Judgment (Doc. 22) is **GRANTED**, and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for his failure to exhaust administrative remedies.

**IT IS SO ORDERED** on this 6th day of September, 2022.

>                             /s/ Timothy L. Brooks
>                             TIMOTHY L. BROOKS
>                             UNITED STATES DISTRICT JUDGE